

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-25-00179-CV

---

Madison Realty Capital, L.P.; RC PV Lender I LLC;
Russell A. Malphurs; Aida Villegas; and David Garvin, Appellants

v.

JNY Building Owner, LLC; JNY II Building Owner, LLC;
1340 Bob Hope Owner, LLC; and 11751 Alameda Avenue Owner, LLC, Appellees

---

On Appeal from the 205th District Court
El Paso County, Texas
Trial Court No. 2025DCV1925

---

## MEMORANDUM OPINION

This appeal is before the Court on Madison Realty Capital, L.P.; RC PV Lender I LLC;

Russell A. Malphurs; Aida Villegas; and David Garvin Progressive Direct Insurance Company's

(collectively Appellants) unopposed motion to dismiss. The motion requests that we dismiss the

appeal pursuant to Texas Rule of Appellate Procedure 42.[1] *See* Tex. R. App. P. 42.1(a)(1) (allowing an appellate court to dismiss an appeal on the motion of the appellant). As the Court has not yet issued an opinion in this case, the motion to dismiss the appeal is granted. *Id.* Costs of the appeal are taxed against Appellants. Tex. R. App. P. 42.1(d).

MARIA SALAS MENDOZA, Chief Justice

October 15, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.

---

[1] Appellants' motion cites Federal Rule of Appellate Procedure 42. Because the Federal Rules of Appellate Procedure do not apply in this Court, we consider the motion as having been brought under Texas Rule of Appellate Procedure 42.1(a)(1), the analogous rule under Texas State law. *Compare* Fed. R. App. P. 42(a)(2) (authorizing voluntary dismissal) *with* Tex. R. App. P. 42.1(a)(1) (same).